IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR AVALOS,

      Petitioner,                  No. CIV S-07-2324 LKK GGH P

   vs.

D.K. SISTO, Warden, et al.,

      Respondents.            ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 2006 parole denial decision from the Board of Parole Hearings.[1]  Petitioner has paid the filing fee.

      Since petitioner may be entitled to the requested relief if the claimed violation of

---

[1] This matter proceeds only to the extent that petitioner challenges the 2006 Board decision denying him parole. To the extent petitioner seeks to assert as a ground for his challenge that his "contractual plea agreement" is being violated, however, he is challenging his underlying conviction and must proceed on such a claim by way of a petition within the jurisdiction of his conviction in San Diego County Superior Court, the Southern District of California. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Diego County.  Id. at 499 n.15; 28 U.S.C. § 2241(d). Moreover, petitioner cannot conflate a challenge to more than one judgment in one petition. See Rule 2(e) of the Rules Governing Section 2254 Cases.

1 constitutional rights is proved, respondents will be directed to file a response to petitioner's
2 application.
3       In accordance with the above, IT IS HEREBY ORDERED that:
4       1. Respondents are directed to file a response to petitioner's application within
5 thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer
6 shall be accompanied by any and all transcripts or other documents relevant to the determination
7 of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;
8
9       2. Petitioner's reply, if any, shall be filed and served within thirty days of service
10 of an answer;
11       3. If the response to petitioner's application is a motion, petitioner's opposition or
12 statement of non-opposition shall be filed and served within thirty days of service of the motion,
13 and respondents' reply, if any, shall be filed within fifteen days thereafter; and
14       4. The Clerk of the Court shall serve a copy of this order together with a copy of
15 petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael
16 Patrick Farrell, Senior Assistant Attorney General.

17 DATED: 12/21/07      /s/ Gregory G. Hollows

18       GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE
19
GGH:009/bb
20 aval2324.100f