# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| Victor Avalos, | CASE NUMBER |
| --- | --- |
| PETITIONER | CV 07-2324-TJH |
| v. | |
| Sisto, et al., | ORDER RE: CERTIFICATE OF APPEALABILITY |
| RESPONDENT. | |

On _____8/17/10_____, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the matter.

IT IS HEREBY ORDERED:

☐ The Certificate of Appealability is **GRANTED**. The specific issue(s) satisfy §2253(c)(2) as follows:

☑ The Certificate of Appealability is **DENIED** for the following reason(s):
☑ There has been no substantial showing of the denial of a constitutional right.
☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
☐ The appeal seeks to test the validity of the detention pending removal proceedings.

_____1/13/11_____            _____[signature]_____
Date                          United States District Judge